

# NUMBER 13-22-00175-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI − EDINBURG

---

**LESLIE GAIL RAMOS,**                             **Appellant,**

**v.**

**MELINDA BOLDT,**
**MELISSA CUELLAR PEREZ, AND**
**MARC ANTHONY PEREZ,**                      **Appellees.**

---

### On appeal from the County Court at Law No. 5
### of Nueces County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Longoria and Tijerina
### Memorandum Opinion by Chief Justice Contreras

This matter is before the Court on its own motion. On April 20, 2022 and May 26, 2022, the Clerk of the Court notified appellant that her notice of appeal was not in compliance with the Texas Rules of Appellate Procedure 9.5(e) and 25.1(d). Appellant was provided thirty days from the first notice and ten days from the second notice to cure

the defects, if it could be done. Appellant was further advised, if the defects were not corrected within the time provided, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(b), (c).

Furthermore, on April 20, 2022, the Clerk of the Court instructed appellant to file a docketing statement within fifteen days from the date of the notice. On May 18, 2022, the Clerk of the Court notified appellant the docketing statement had not been filed and instructed appellant to immediately complete and return the docketing statement. To date, no docketing statement has been filed.

Appellant failed to cure the defect in her notice of appeal and has not otherwise responded to the clerk's notices. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
21st day of July, 2022.

2